TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-97-00647-CV

In the Matter of N. B. R.

FROM THE COUNTY COURT AT LAW OF CALDWELL COUNTY

NO. 771-97CC, HONORABLE EDWARD L. JARRETT, JUDGE PRESIDING 

PER CURIAM

 N. B. R. initiated an appeal from the trial court's judgment in a juvenile case. No
appellate record has been filed. We are advised by the district clerk that N. B. R. is not entitled
to appeal without paying costs and that he has failed to pay the fee for preparing the clerk's
record. See Tex. R. App. P. 35.3(a)(2). N. B. R. did not respond to this Court's letter inquiring
into the status of the appellate record and informing him of the consequences of failing to file a
record.

 We conclude that N. B. R. is responsible for the failure to file the record and that
he has been given a reasonable opportunity to cure. See id. 37.3(b). We therefore dismiss the
appeal for want of prosecution. Id. 37.3(b), 42.3(b).

 

Before Chief Justice Yeakel, Justices Aboussie and Jones

Dismissed for Want of Prosecution

Filed: June 4, 1998

Do Not Publish